# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOSE SAMUEL GUACHO LEMA,

     Petitioner,

     v.                         Case No. 1:26-cv-01907 KWR-DLM

WARDEN, *Torrance County Detention Facility*,
MARY DE ANDA-YBARRA, *Field Office Director, El Paso,*
*U.S. Immigration and Customs Enforcement,*
TODD LYONS, *Acting Director,*
*Immigration and Customs Enforcement,*
TODD BLANCHE, *Acting U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department*
*of Homeland Security*,

     Respondents.

## **JUDGMENT**

Consistent with the Order entered concurrently herewith, the Petition is denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Petition is denied.

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE
